LAWRENCE G. WASDEN
ATTORNEY GENERAL

Michael E. Kelly, ISB # 4351
Special Deputy Attorney General
Shannon M. Graham, ISB# 10092
KELLY LAW, PLLC
137 E. 50th St.
Garden City, Idaho  83714
Telephone  (208) 342-4300
Facsimile   (208) 342-4344
mek@kellylawidaho.com
smg@kellylawidaho.com
2800.037\StipforDismissal

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES CRYER,<br><br>                Plaintiff,<br><br>vs.<br><br>IDAHO DEPARTMENT OF LABOR, an executive department of the state of Idaho, KENNETH D. EDMUNDS, Director, in his official and individual capacity; JAY ENGSTROM, Chief Operating Officer, in his official and individual capacity; and MICHAEL KALM, in his individual capacity.<br><br>                Defendants. | Case No. 1:16-cv-526-BLW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff James Cryer, by and through his attorneys of record, Strindberg & Scholnick, LLC, and Defendants Idaho Department Of Labor; Kenneth D. Edmunds; Jay Engstrom; and MICHAEL KALM, by and through their attorneys of record, Kelly Law, PLLC,

**STIPULATION FOR DISMISSAL WITH PREJUDICE-1**

and hereby stipulate and agree that the above-referenced litigation may be dismissed with prejudice, the same being fully compromised and settled, each party to bear their own costs and attorneys' fees.

DATED this 11th day of April, 2019.

KELLY LAW, PLLC

By: _/s./Michael E. Kelly_____
    Michael E. Kelly, Of the Firm
    Attorneys for Defendants Idaho
    Department of Labor ("IDOL"),
    Kenneth D. Edmunds, Jay Engstrom,
    and Michael Kalm

DATED this 11th day of April, 2019.

STRINDBERG & SCHOLNICK, LLC

By: /s./Erika Birch_____
    Erika Birch
    Guy Hallam, Jr.
    Attorneys for Plaintiff

**STIPULATION FOR DISMISSAL WITH PREJUDICE-2**

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 11th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

  Erika Birch
  T. Guy Hallam
  Strindberg & Scholnick, LLC
  1516 W. Hays Street
  Boise, ID 83702
  T: (208) 336-1788
  F: (208) 287-3708
  erika@idahojobjustice.com
  guy@idahojobjustice.com
  *Attorneys for Plaintiff*

          /s./Tracy L. Siltman_____
          Tracy L. Siltman

**STIPULATION FOR DISMISSAL WITH PREJUDICE-3**