UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES CRYER,<br><br>        Plaintiff,<br><br>vs.<br><br>IDAHO DEPARTMENT OF LABOR, an executive department of the state of Idaho, KENNETH D. EDMUNDS, Director, in his official and individual capacity; JAY ENGSTROM, Chief Operating Officer, in his official and individual capacity; and MICHAEL KALM, in his individual capacity.<br><br>        Defendants. | Case No. 1:16-cv-526-BLW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

      THIS MATTER having come before the Court on stipulation of the parties and good cause appearing therefore

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED and this does hereby order, adjudge and decree that the above-referenced litigation is hereby dismissed with prejudice, the same having been fully compromised and settled, each party to bear their own attorneys' fees and costs.   The Clerk of the Court is hereby ORDERED to close this case.

ORDER - 1

DATED: April 12, 2019

B. Lynn Winmill
United States District Judge