UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES CRYER,<br><br>        Plaintiff,<br><br>    v.<br><br>IDAHO DEPARTMENT OF LABOR, et al.,<br><br>        Defendants. | Case No. 1:16-cv-00526-BLW<br><br>**JUDGMENT** |

In accordance with the Order of Dismissal with Prejudice (Dkt. 80) filed on April 12, 2019,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that judgment be entered and that this case be dismissed in its entirety, with prejudice, with each party bearing its own costs and attorney fees.

DATED: April 19, 2019

B. Lynn Winmill
United States District Judge

JUDGMENT - 1